The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## SKAGGS v. STATE.

### No. 20085.

Court of Criminal Appeals of Texas.
Jan. 11, 1939.

Rehearing Denied Feb. 8, 1939.

Wallace Hughston, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for receiving and concealing stolen property of more than the value of fifty dollars, punishment being two years in the penitentiary.

The indictment properly charges the offense. No statement of facts or bills of exception appear in the record. Nothing is presented for review.

The judgment is affirmed.

## SKAGGS v. STATE.

### No. 20086.

Court of Criminal Appeals of Texas.
Jan. 11, 1939.

Rehearing Denied Feb. 8, 1939.

Wallace Hughston, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of receiving and concealing stolen property, and his punishment assessed at two years confinement in the penitentiary.

This cause comes before us without any statement of facts or bills of exception. The indictment appears to be proper, and all proceedings herein seem to be regular, and we have no other alternative than to affirm the judgment, which is accordingly done.

On Motion for Rehearing.

KRUEGER, Judge.

Appellant has filed a motion for a rehearing in which he insists that the indictment is fundamentally defective in that it fails to charge an offense against the laws of this state. We have again examined the same with much care, but remain of the opinion that it is sufficient to charge the offense for which he was convicted.

The motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.